In the Matter of the Accounting of KATHERINE W. SPAULDING, as Administratrix of the Estate of LUCY A. WEED, Deceased.

FRED SPAULDING, Appellant; WARREN T. WEED, Respondent.

*Decedent's estate — claim by son-in-law of decedent for value of her board and care — disallowed on ground neither express nor implied contract shown by evidence.*

*Matter of Spaulding*, 202 App. Div. 763, affirmed.

(Argued April 18, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 9, 1922, which affirmed a decree of the Saratoga County Surrogate's Court disallowing a claim by the son-in-law of intestate for her board and care during the last three years of her life, on the ground that the evidence did not show an express contract or warrant the finding of an implied contract.

*James M. Dunlavey* for appellant.

*Edward W. Eddy* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.